UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE REFERRAL OF GREGORY M. HAYNES TO THE STANDING COMMITTEE OF THE UNITED STATES DISTRICT COURT _____/ | No. C 10-4642 PJH<br><br>**ORDER** |

In its September 5, 2012 order, the court offered September 28, 2012, October 16, 2012, and November 16, 2012 as potential dates for the evidentiary hearing to be conducted in this case, and requested the parties to meet and confer regarding the three dates and to advise the court as to the agreed-upon date.

The Committee has filed a statement indicating that not all witnesses are available on September 28, 2012 or November 16, 2012, and that October 16, 2012 is the only one of the three dates that appears to be available for all witnesses (with the possible exception of one witness who will be recovering from surgery). Respondent Gregory M. Haynes has not filed a statement.

No later than 12:00 noon on Thursday, September 20, 2012, respondent Gregory M. Haynes shall file a statement regarding his preference as to a date for the evidentiary hearing to be conducted in this case.

**IT IS SO ORDERED.**

Dated: September 18, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge