UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE REFERRAL OF GREGORY M. HAYNES TO THE STANDING COMMITTEE OF THE UNITED STATES DISTRICT COURT _____/ | No. C 10-4642 PJH<br><br>**ORDER** |

  The evidentiary hearing in this matter will be held on Tuesday, October 16, 2012, starting at 9:00 a.m., in view of the representation by the Standing Committee on Professional Conduct that October 16 is the most convenient date for the witnesses.

**IT IS SO ORDERED.**

Dated: September 21, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge