UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE REFERRAL OF GREGORY M. HAYNES TO THE STANDING COMMITTEE ON PROFESSIONAL CONDUCT OF THE UNITED STATES DISTRICT COURT _____/ | No. C 10-4642 PJH  **ORDER OF DISBARMENT** |

The court having granted the motion for summary judgment of disbarment of the Committee on Professional Conduct by separate order, respondent, Gregory M. Haynes, is hereby DISBARRED from the practice of law before the United States District Court for the Northern District of California, effective the date of this order.

**IT IS SO ORDERED.**

Dated: March 22, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge