UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE REFERRAL OF GREGORY M. HAYNES TO THE STANDING COMMITTEE OF THE UNITED STATES DISTRICT COURT
_____/

No. C 10-4642 PJH

**ORDER**

Respondent Gregory M. Haynes seeks an order vacating the order granting petitioner Standing Committee of the United States District Court's motion for summary judgment (Doc. 117), and the order of disbarment (Doc. 118), both of which were filed on March 22, 2013. Both requests are DENIED.

However, the court will STAY the order of disbarment until Friday, April 5, 2013, which is the deadline for Mr. Haynes to file a petition with the Chief Judge, requesting that a panel of three judges of this court be designated to review the order of disbarment. If Mr. Haynes fails to file a petition for review by April 5, 2013, the order of disbarment will become effective on April 6, 2013. If Mr. Haynes does file a petition, the stay will remain in effect until seven days after the Chief Judge files an order designating the three-judge panel. Any further requests for a stay must be addressed to the three-judge panel.

**IT IS SO ORDERED.**

Dated: April 1, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge