IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 10-4642 PJH

In re:

GREGORY M. HAYNES

ORDER REFERRING
DISCIPLINARY MATTER TO
THREE-JUDGE PANEL

_____/

On October 14, 2010, the Standing Committee on Professional Conduct filed a Petition for Order to Show Cause why Gregory M. Haynes should not be disbarred from the practice of law before this Court. On March 22, 2013, Judge Hamilton granted the Standing Committee's motion for summary judgment and entered an order of disbarment from the practice of law before this Court. On April 5, 2013, Mr. Haynes filed a petition for review of the order. Civil Local Rule 11-7(c)(5) provides that such an order "shall be reviewable by a panel of three Judges of this Court designated by the Chief Judge."[1] The Court hereby appoints a three-judge panel composed of Judge D. Lowell Jensen, Judge Ronald

---

[1] The District revised its Civil Local Rules on July 2, 2012. Mr. Haynes was given the opportunity to elect the version of the rules under which he wished to proceed but, despite being given several extensions of time, Mr. Haynes failed to make an election. In one of her orders, Judge Hamilton advised Mr. Haynes that she would proceed under the version of the rules in effect at the time the petition was filed if he failed to make an election. See Docket No. 74 at 3. When Mr. Haynes failed to file a response, Judge Hamilton proceeded under the earlier version of the Local Rules. All references to the Civil Local Rules in this order are to the version of the Civil Local Rules in effect at the time this action was filed.

M. Whyte and Judge Edward J. Davila to consider Mr. Haynes' petition.  The panel may request a responsive brief and set a hearing if necessary.

    IT IS SO ORDERED.

Dated: 4/19/2013

                              CLAUDIA WILKEN
                              United States District Judge