United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>THE MATTER OF THE REFERRAL OF GREGORY M. HAYNES TO THE STANDING COMMITTEE OF THE UNITED STATES DISTRICT COURT<br>_____/<br><br>GREGORY M. HAYNES,<br>   Appellant(s),<br>   v.<br>STANDING COMMITTEE ON PROFESSIONAL CONDUCT FOR THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,<br>   Respondent(s).<br>_____/ | CASE NO. 5:10-cv-04642 DLJ RMW EJD<br><br>**BRIEFING ORDER** |

On or before **June 28, 2013**, Appellant Gregory Haynes ("Appellant") and Respondent Standing Committee on Professional Conduct for the United States District Court for the Northern District of California shall file simultaneous briefs, not to exceed five pages, addressing the following two questions:

   1.   Does the current version of Civil Local Rule 11-6(e)(5), which provides for direct appeal to the United States Court of Appeals for the Ninth Circuit from an order of the trial judge, or the prior iteration of that rule (Civil Local Rule 11(c)(5)), which

1

provided for appeal to a panel of three district judges of this court, apply to the instant proceedings?

2. If the current version of Civil Local Rule 11-6(e)(5) applies to any appeal filed after the revision of the Local Rules on July 2, 2012, was it within the scope of the trial judge's power to provide Appellant a choice of forum for the instant proceedings?

An order designating further briefing, if necessary, shall issue separately upon receipt of the briefing ordered herein.

**IT IS SO ORDERED.**

Dated:  June 6, 2013


EDWARD J. DAVILA
United States District Judge
FOR THE PANEL

CASE NO. 5:10-cv-04642 DLJ RMW EJD
BRIEFING ORDER